IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-458-BO

| | |
|---|---|
| BARBARA L. HAYDEN,<br>    Plaintiff,<br><br>v.<br><br>FRANK L. PERRY, NORTH CAROLINA<br>DEPARTMENT OF PUBLIC SAFETY et al.,<br>    Defendants. | **ORDER** |

This cause comes before the Court on plaintiff's motion to stay. [DE 13]. Defendant has responded in opposition. [DE 17]. For good cause shown, plaintiff's motion to stay is GRANTED. [DE 13]. This matter is hereby STAYED pending resolution of the related matter currently pending before the North Carolina Office of Administrative Hearings and pending the outcome of mediation between the parties. Should both of these circumstances occur, the parties are DIRECTED to notify the Court within seven (7) days of the latter's resolution. Should only one of these circumstances occur, the parties are DIRECTED to notify the Court within seven (7) days of its resolution.

Defendants' pending motion to dismiss [DE 10] is DENIED WITHOUT PREJUDICE. Defendants will be granted fourteen (14) days to refile the motion from the date the stay is lifted should they so choose.

SO ORDERED, this __7__ day of January, 2016.

                                                /s/ Terrence W. Boyle
                                                TERRENCE W. BOYLE
                                                UNITED STATES DISTRICT JUDGE