UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Barbara L. Hayden,<br><br>    Plaintiff,<br><br>v.<br><br>Frank L. Perry, in his official capacity as Secretary, *of the North Carolina Department of Public Safety,* North Carolina Department of Public Safety, *an Agency of the State of North Carolina,* Division of Adult Correction, *a division of North Carolina Department of Public Safety,* W. David Guice, *in his official capacity as Commissioner of the Division of Adult Correction Division* and George Solomon, *in his official capacity as Director of Prisons*<br><br>    Defendants. | **JUDGMENT**<br><br>5:15-CV-458-BO |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that per the warning in its May 12, 2016, order, the Court hereby DISMISSES the instant case pursuant to Rule 41(b).

This case is closed.

<u>**This judgment filed and entered on June 2, 2016, and served on:**</u>

Paul N. Blake, III (via CM/ECF Notice of Electronic Filing)
Tracy C. Curtner (via CM/ECF Notice of Electronic Filing)
Tamika L. Henderson (via CM/ECF Notice of Electronic Filing)
Barbara Hayden (via US Mail at 5020 Cardinal Grove Boulevard, Raleigh, NC 27616)

June 2, 2016

JULIE RICHARDS JOHNSTON, CLERK

By: Deputy Clerk